```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 08067
    DEANNE MARIE DROZDZ
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-7574


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
    The case was filed on 05/02/2007 and was not confirmed.

    The case was dismissed without confirmation 08/23/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG        .00           .00            .00
AT & T BANKRUPCTY        UNSECURED       NOT FILED          .00            .00
BCA FINANCIAL SERVICE    UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK         UNSECURED       NOT FILED          .00            .00
CAPITAL ONE BANK         UNSECURED       NOT FILED          .00            .00
CAPITAL ONE              UNSECURED       NOT FILED          .00            .00
CITIFINANCIAL            UNSECURED       NOT FILED          .00            .00
DIAGNOSTIC IMAGING ASSOC UNSECURED       NOT FILED          .00            .00
GANFIELD MFR THERAPEUTIC UNSECURED         5500.93          .00            .00
ILLINOIS BONE & JOINT    UNSECURED       NOT FILED          .00            .00
ILL COLL SVC             UNSECURED       NOT FILED          .00            .00
LAKE FOREST HOSPITAL     UNSECURED       NOT FILED          .00            .00
DANIEL E VENUTI          UNSECURED       NOT FILED          .00            .00
LERMAN BOUDART & ASSOC   UNSECURED       NOT FILED          .00            .00
LISA WHEELER             UNSECURED       NOT FILED          .00            .00
MEDICAL COLLECTION SYSTE UNSECURED       NOT FILED          .00            .00
MEDICAL COMMERCIAL A     NOTICE ONLY     NOT FILED          .00            .00
N/W PARISHES CU AD       UNSECURED       NOT FILED          .00            .00
NATIONWIDE COLLECTIONS   UNSECURED           53.88          .00            .00
NORTHEAST RADIOLOGY ASSO UNSECURED       NOT FILED          .00            .00
PHILOMENA DROZDZ         NOTICE ONLY     NOT FILED          .00            .00
QUEST DIAGNOSTIC         UNSECURED       NOT FILED          .00            .00
RESSURECTION MEDICAL CEN UNSECURED       NOT FILED          .00            .00
RMC PATHOLOGY ASSOCIATE  UNSECURED       NOT FILED          .00            .00
SHAPIRO & ASSOC          UNSECURED       NOT FILED          .00            .00
THOMAS DROZDIZ           NOTICE ONLY     NOT FILED          .00            .00
T MOBILE                 NOTICE ONLY     NOT FILED          .00            .00
WASHINGTON MUTUAL        NOTICE ONLY     NOT FILED          .00            .00
CAPITAL ONE              UNSECURED          989.41          .00            .00
CAPITAL ONE              UNSECURED          544.45          .00            .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE       .00            .00            .00
CAPITAL ONE BANK         UNSECURED       NOT FILED          .00            .00
ILL COLL SVC             UNSECURED       NOT FILED          .00            .00
ILL COLL SVC             UNSECURED       NOT FILED          .00            .00
ILL COLL SVC             UNSECURED       NOT FILED          .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 07 B 08067 DEANNE MARIE DROZDZ
```

```
ILL COLL SVC                 UNSECURED      NOT FILED               .00             .00
ILL COLL SVC                 UNSECURED      NOT FILED               .00             .00
ILL COLL SVC                 UNSECURED      NOT FILED               .00             .00
ILL COLL SVC                 UNSECURED      NOT FILED               .00             .00
ILL COLL SVC                 UNSECURED      NOT FILED               .00             .00
ILL COLL SVC                 UNSECURED      NOT FILED               .00             .00
ILL COLL SVC                 UNSECURED      NOT FILED               .00             .00
ILL COLL SVC                 UNSECURED      NOT FILED               .00             .00
LAKE FOREST HOSPITAL         UNSECURED      NOT FILED               .00             .00
MEDICAL COLLECTION SYSTE     UNSECURED      NOT FILED               .00             .00
RESSURECTION MEDICAL CEN     UNSECURED      NOT FILED               .00             .00
RESURRECTION MEDICAL CEN     UNSECURED       2756.50                .00             .00
RESSURECTION MEDICAL CEN     UNSECURED      NOT FILED               .00             .00
RESSURECTION MEDICAL CEN     UNSECURED      NOT FILED               .00             .00
RESSURECTION MEDICAL CEN     UNSECURED      NOT FILED               .00             .00
RESSURECTION MEDICAL CEN     UNSECURED      NOT FILED               .00             .00
RESSURECTION MEDICAL CEN     UNSECURED      NOT FILED               .00             .00
WM FINANCE                   UNSECURED      NOT FILED               .00             .00
FOREST PREMIER LLC           SECURED NOT I       .00                .00             .00
DEBRA J VORHIES LEVINE       DEBTOR ATTY    2,060.00                           1,917.86
TOM VAUGHN                   TRUSTEE                                             142.14
DEBTOR REFUND                REFUND                                                 .00

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                             RECEIPTS            DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                      2,060.00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                   1,917.86
TRUSTEE COMPENSATION                               142.14
DEBTOR REFUND                                         .00
                             ---------------      ---------------
TOTALS                       2,060.00             2,060.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/13/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE


                              PAGE   2
            CASE NO. 07 B 08067 DEANNE MARIE DROZDZ